STATE OF TEXAS

v

LaQuint C. Sullivan

CAUSE NO. ~~2015CK7177~~ 2015CR7177

IN THE DISTRICT COURT
187 JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

FILED
2015 AUG 17 PM 2:35
KEITH E. HOTTLE. CLERK
Keith E Hottle
IN THE COURT OF APPEALS
SAN ANTONIO, TEXAS

# MOTION TO SET ASIDE INDICTMENT
## (Defective)

TO THE HONORABLE JUDGE OF SAID COURT

Comes now LaQuint Sullivan Defendant in the above-entitled and numbered cause and files this his Motion To Set Aside Indictment and in support of this MOTION would show the Court the following:

## I.
## ART. 27.03

In addition to any other grounds authorized by law, a motion to set aside indictment or information may be based on the following:

1.   That it appears by the records of the court that the indictment was not found by at least nine grand jurors, or that the information was not based upon a valid complaint;

2.   That some person not authorized by law was present when the grand jury was deliberating upon the accusation against the defendant, or was voting upon the same; and

3.   That the grand jury was illegally impaneled; provided, however, in order to raise such question on motion to set aside the indictment, the defendant must show that he did not have an opportunity to challenge the array at the time the grand jury was impaneled.

# II
# CHAPTER 32A: SPEEDY TRIAL
## ART. 32A.01. TRIAL PRIORITIES

Insofar as is practicable, the trial of criminal action shall be given preference over trials of civil cases, and the trial of a criminal action against a defendant who is detained in jail pending trial of the action shall be given preference over trials of criminal actions.

# III.
## ART. 32A.02. TIME LIMITATIONS

This article was declared unconstitutional on grounds of separation of powers in Meshell v. State, 739 S.W. 2d 246 (Tex. Crim. App. 1987), see below

Sec. 1. A court shall grant on a motion to set aside an indictment, information, or complaint if the state is not ready for trial within:

(1) 180 days of the commencement of a criminal action if the defendant is accused of a felony;

(2) 90 days of the commencement of a criminal action if the defendant is accused of a misdemeanor punishable by a sentence of imprisonment for more than 180 days; or

The failure of a defendant to move for discharge under the provisions of this Article prior to trial or the entry of a plea of guilty constitutes a <u>waiver</u> of the rights accorded by this Article.

## IV.
## ART. 28.061 DISCHARGE FOR DECAY

MOTION TO SET ASIDE AN INDICTMENT FOR FAILURE TO PROVIDE A CONSTITUTIONAL SPEEDY TRIAL. Meshell v. State, 739 S.W. 2d 246, 257 (Tex. Crim. App. 1987). "Because we are not aware of any other constitutional provision expressly granting the legislature the power to control a prosecutor's agreement/or preparation for trial, we must conclude that the legislature, by providing for such a fight in the instant case, violated the separation of powers doctrine, Article 2, § 1 [of the Texas Constitution]. [¶] Therefore, we hold that Chapter 32A.02, in its entirety, and Article 28.061... are rendered void."

WHEREFORE, PREMISES CONSIDERED, DEFENDANT prays the Court grant his MOTION TO SET ASIDE INDICTMENT AND DEFENDANT BE DISCHARGED HEREIN.

Respectfully Submitted,

La___ ____

## Certificate of Service

I hereby certify that a true + correct copy of the above and foregoing motion for set aside (Defective) indictment was on 13 day of August, 2015, transmitted to the office of bexar County District Attorney Criminal Justice Center, 300 Dolorosa, San Antonio, Tx 78205

## Order

On this the ~~28~~ day of ~~August~~ ~~20 3~~ came on to be heard

And. said motion is hereby .

(Granted) (Denied)

Signed this the _____ day of _____, 2015

_____

Judge Presiding

LaQuint C. Sullivan #545777
200 N. Comal
San Antonio, TX 78207

FILED IN
THE COURT OF APPEALS
SAN ANTONIO, TEXAS

2015 AUG 17 PM 2:12

Keith E. Hottle
KEITH E. HOTTLE, CLERK

neopost
08/14/2015
US POSTAGE $00.70⁵

FIRST-CLASS MAIL

ZIP 78205
041L12202049

Fourth Court of Appeal
District
Cadena-Reeves Justice center.
300 Dolorosa, suite 3200
San Antonio, Texas 78205-3037